# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEPHEN BEST,
              Appellant,

    vs.

DEMETE ROSS,

              Respondent.

No. 65056

**FILED**

MAR 2 1 2016



## ORDER DISMISSING APPEAL

    Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

    It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Cheryl B. Moss, District Judge, Family Court Division
        Lewis Roca Rothgerber Christie LLP/Las Vegas
        Michele L. Roberts
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-08853